**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Clear with Computers LLC    v.    Tory Burch LLC

No. 14-1336, -1338, -1339, -1340, -1341, -1342, -1343, -1344, -1345, -1346

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Tory Burch LLC
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Matthew M. Lubozynski
Law firm: Kilpatrick Townsend & Stockton LLP
Address: 1100 Peachtree Street, Ste. 2800
City, State and ZIP: Atlanta, Georgia 30309
Telephone: 404-745-2582
Fax #: 404-541-3349
E-mail address: mlubozynski@kilpatricktownsend.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/11/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 24, 2014                    /s/Matthew M. Lubozynski
Date                               Signature of pro se or counsel

cc: Andrew W. Spangler