**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1336, -1338, -1339, -1340, -1341, -1342, -1343, -1344, -1345; -1346

Clear with Computers LLC

v.

Tory Burch LLC

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Tory Burch LLC

Party is (select one):
☐ Appellant/Petitioner　　☐ Cross-Appellant
☑ Appellee/Respondent　　☐ Intervenor

Tribunal appealed from and Case No. USDC, Eastern District of Texas No.: 6:12-cv-00868-LED

Date of Judgment/Order 2/5/14; 1/21/14　　Type of Case Patent Infringement

Relief sought on appeal: Affirm District Court's Order dated January 21, 2014.

Relief awarded below (if damages, specify): Appellee's Motion for Judgment on the Pleadings was granted, finding that claims 1-4 and 10-11 of the patent-in-suit were invalid under 35 U.S.C. sec.101.

Briefly describe the judgment/order appealed from: The Order from below found that claims 1-4 and 10-11 of United States Patent No. 8,266,015 were invalid under 35 U.S.C. sec. 101 for covering unpatentable abstract ideas.

153

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
Clear With Computers, LLC ("CWC") v. Dick's Sporting Goods,14-1336; CWC v. The Finish Line, Inc., 14-1338; CWC v. Hugo Boss Fashions, Inc., 14-1339, CWC v. Forty Niners Football Company, LLC, 14-1341; CWC v. Helly Hanson (US), Inc., 14-1342; CWC v. Levi Strauss & Co., 14-1343; CWC v. NFL Enters., LLC, 14-1344; CWC v. Spanx, Inc., 14-1345; CWC v. MLB Adv. Media LP, 14-1346.

Brief statement of the issues to be raised on appeal
Tory Burch LLC will respond to the issues raised by Clear With Computers, LLC regarding the District Court's decision granting Defendants' Motion for Judgment on the Pleadings that U.S. Patent No. 8,266,015 is invalid for claiming ineligible subject matter under 35 U.S.C. sec. 101.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes　☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　☐ Yes　☑ No

If they were mediated, by whom? _____

**FORM 26.  Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

If you answered no, explain why not
All asserted claims of the patent-in-suit stand invalidated.  Additionally, the Patent Trial and Appeal Board has instituted a covered business method review based upon its preliminary finding that all claims of the patent-in-suit are more likely than not to be invalid.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 24th day of March, 2014

by: First Class Mail
(manner of service)

Matthew M. Lubozynski                    /s/Matthew M. Lubozynski
Name of Counsel                            Signature of Counsel

Law Firm  Kilpatrick Townsend & Stockton LLP

Address  1100 Peachtree Street, Ste. 2800

City, State, ZIP  Atlanta, Georgia  30309

Telephone Number  404-745-2582

FAX Number  404-541-3349

E-mail Address  mlubozynski@kilpatricktownsend.com