FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Clear with Computers LLC    v.    Tory Burch LLC

No. 14-1336, -1338, -1339, -1340, -1341, -1342, -1343, -1344, -1345, 1346

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Tory Burch LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Tory Burch LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Mitchell G. Stockwell and Matthew M. Lubozynski of Kilpatrick, Townsend & Stockton LLP;
Allen F. Gardner and Michael E. Jones of Potter Minton P.C.

March 24, 2014
Date

/s/Matthew M. Lubozynski
Signature of counsel
Matthew M. Lubozynski
Printed name of counsel

Please Note: All questions must be answered
cc: Andrew Spangler