**2014-1336, -1338, -1339, -1340, -1341,
-1342, -1343, -1344, -1345, -1346**

United States Court of Appeals
for the Federal Circuit

CLEAR WITH COMPUTERS, LLC,
*Plaintiff-Appellant,*

*v.*

DICK'S SPORTING GOODS, INC., THE FINISH LINE, INC., HUGO BOSS FASHIONS, INC., TORY BURCH LLC, FORTY NINERS FOOTBALL COMPANY, LLC, HELLY HANSON (U.S.) INC., LEVI STRAUSS & CO., NFL ENTERPRISES LLC, SPANX, INC., *and*
MLB ADVANCED MEDIA, L.P.,
*Defendants-Appellees*

*Appeals from the United States District Court for the Eastern District of Texas in case nos. 12-cv-674, 6:12-cv-675, 6:12-cv-867, 6:12-cv-868, 6:12-cv-945, 6:12-cv-947, 6:12-cv-948, 6:12-cv-949, 6:12-cv-950, 6:12-cv-951, Judge Leonard E. Davis.*

**PARTIES' JOINT SUBMISSION
RE PROPOSED BRIEFING SCHEDULE**

FILED ON BEHALF OF CLEAR WITH COMPUTERS, LLC, APPELLANT

Tarek N Fahmi.
ASCENDA LAW GROUP, PC
84 W Santa Clara St., Suite 550
San Jose, CA 95113

Telephone: (408) 799-0612
Email: tarek.fahmi@ascendalaw.com

Attorney for Appellant
Clear With Computers, LLC

**BACKGROUND**

On April 30, 2014, this Court issued an Order staying the present appeals pending the U.S. Supreme Court's decision in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l et al.*, No. 13-298. The Order further directed the parties to advise this Court within 14 days of said decision as to how the parties believe these appeals should proceed.

On June 19, 2014, the Supreme Court issued its decision in *Alice,* 573 U.S. ___ 110 U.S.P.Q.2d 1976 (2014).

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of April 30, 2014, the parties hereby submit the following proposed briefing schedule for these appeals.

Appellant's opening brief due July 31, 2014

Appellees' brief(s) due September 9, 2014

Appellant's reply brief(s) due September 23, 2014

Joint Appendix due September 30, 2014

Respectfully submitted,

Date: July 2, 2014

*/s/Tarek N. Fahmi*
Tarek N Fahmi.
ASCENDA LAW GROUP, PC
84 W Santa Clara St., Suite 550
San Jose, CA 95113
Telephone:  (408) 799-0612
Fax:             (408) 773-6177
Email: tarek.fahmi@ascendalaw.com

1

                                  Stamatios Stamoulis
                                  Richard C. Weinblatt
                                  STAMOULIS & WEINBLATT LLC
                                  Two Fox Point Centre
                                  6 Denny Road, Suite 307
                                  Wilmington, DE 19809
                                  Telephone:  (302) 999-1540
                                  Fax:             (302) 762-1688
                                  Email: stamoulis@swdelaw.com
                                  Email: weinblatt@swdelaw.com

                                  *Counsel for Appellant*

Date: July 2, 2014               /s/ *Mark P. Wine*
                                  Mark P. Wine
                                  Thomas J. Gray
                                  ORRICK HERRINGTON &
                                  SUTCLIFFE LLP
                                  2050 Main St., Suite 1100
                                  Irvine, CA 92614

                                  Eric H. Findlay
                                  FINDLAY CRAFT, LLP
                                  6760 Old Jacksonville Highway, Suite 101
                                  Tyler, TX 75703

                                  *Counsel for Appellees*
                                  *Dick's Sporting Goods, Inc., Forty Niners Football Company LLC, Helly Hansen (U.S.) Inc., Levi Strauss & Co., NFL Enterprises LLC, Spanx, Inc., and MLB Advanced Media L.P.*

/s/ Todd G. Vare
Todd G. Vare
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

*Counsel for Appellee*
*The Finish Line, Inc.*


/s/ John M. Mueller
John M. Mueller
Kevin W. Kirsch
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH  45202-4074

Barry E. Bretschneider
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue NW
Washington DC 20036-5304

Harry L. Gillam, Jr.
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670


*Counsel for Appellee*
*Hugo Boss Fashions, Inc.*

/s/ Matthew M. Lubozynski
Matthew M. Lubozynski
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

*Counsel for Appellee
Tory Burch LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of the foregoing

## PARTIES' JOINT SUBMISSION
## RE PROPOSED BRIEFING SCHEDULE

was served on counsel of record for the parties identified below by first-class mail, postage prepaid on July 2, 2014, to:

| | |
|---|---|
| Mark P. Wine<br>Thomas J. Gray<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>2050 Main St., Suite 1100<br>Irvine, CA 92614 | Harry L. Gillam, Jr.<br>GILLAM & SMITH LLP<br>303 S. Washington Avenue<br>Marshall, TX 75670 |
| Eric H. Findlay<br>FINDLAY CRAFT, LLP<br>6760 Old Jacksonville Highway, Suite 101<br>Tyler, TX 75703 | Kevin W. Kirsch<br>John M. Mueller<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, OH 45202-4074 |
| *Counsel for Appellees*<br>*Dick's Sporting Goods, Inc., Forty Niners Football Company LLC, Helly Hansen (U.S.) Inc., Levi Strauss & Co., NFL Enterprises LLC, Spanx, Inc., and MLB Advanced Media L.P.* | Barry E. Bretschneider<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue NW<br>Washington DC 20036-5304 |
| Todd G. Vare<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | *Counsel for Appellee*<br>*Hugo Boss Fashions, Inc.* |
| *Counsel for Appellee*<br>*The Finish Line, Inc.* | Matthew M. Lubozynski<br>KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309 |
| | *Counsel for Appellee*<br>*Tory Burch LLC* |

Date: July 2, 2014              */s/Tarek N. Fahmi*
                                             Tarek N Fahmi.
                                             ASCENDA LAW GROUP, PC
                                             84 W Santa Clara St., Suite 550
                                             San Jose, CA 95113
                                             Telephone:  (408) 799-0612
                                             Fax:             (408) 773-6177
                                             Email: tarek.fahmi@ascendalaw.com