NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellant,*

**v.**

**DICK'S SPORTING GOODS, INC., FORTY NINERS FOOTBALL COMPANY, LLC, HELLY HANSON (U.S.) INC., LEVI STRAUSS & CO., NFL ENTERPRISES LLC, SPANX, INC., AND MLB ADVANCED MEDIA, L.P.,**
*Defendants-Appellees,*

AND

**THE FINISH LINE, INC.,**
*Defendant-Appellee,*

AND

**HUGO BOSS FASHIONS, INC.,**
*Defendant-Appellee,*

AND

**TORY BURCH LLC,**
*Defendant-Appellee.*

———————————

2014-1336, -1338, -1339, -1340, -1341, -1342, -1343, -1344, -1345, -1346

2   CLEAR WITH COMPUTERS, LLC v. DICK'S SPORTING GOODS, INC.

———————————

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00674-LED, 6:12-cv-00675-LED, 6:12-cv-00867-LED, 6:12-cv-00868-LED, 6:12-cv-00945-LED, 6:12-cv-00947-LED, 6:12-cv-00948-LED, 6:12-cv-00949-LED, 6:12-cv-00950-LED, 6:12-cv-00951-LED, Judge Leonard Davis.

———————————

# O R D E R

Upon consideration of the parties' joint submission regarding the proposed briefing schedule,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) Appellant's opening brief is due by July 31, 2014. Appellees' response brief(s) are due by September 9, 2014. Appellant's reply brief(s) are due by September 23, 2014. The Joint Appendix is due by September 30, 2014.

(3) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30