NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellant,*

v.

**DICK'S SPORTING GOODS, INC., FORTY NINERS FOOTBALL COMPANY, LLC, HELLY HANSON (U.S.) INC., LEVI STRAUSS & CO., NFL ENTERPRISES LLC, SPANX, INC.,** AND **MLB ADVANCED MEDIA, L.P.,**
*Defendants-Appellees,*

AND

**THE FINISH LINE, INC.,**
*Defendant-Appellee.*

---

2014-1336, -1338, -1341, -1342, -1343, -1344, -1345, -1346

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00674-LED, 6:12-cv-00675-LED, 6:12-cv-00945-LED, 6:12-cv-00947-LED, 6:12-cv-00948-LED, 6:12-cv-00949-LED, 6:12-cv-00950-LED, 6:12-cv-00951-LED, Chief Judge Leonard Davis.

-------------------------------------------------------------------------------

**CLEAR WITH COMPUTERS, LLC,**

*Plaintiff-Appellant,*

v.

**TORY BURCH LLC,**
*Defendant-Appellee.*

2014-1340

Appeal from the United States District Court for the Eastern District of Texas in No. 6:12-cv-00868-LED, Chief Judge Leonard Davis.

# O R D E R

Upon consideration of the parties' joint motion to dismiss 2014-1340,

IT IS ORDERED THAT:

(1) The motion is granted. 2014-1340 is dismissed.

(2) Each side shall bear its own costs in 2014-1340.

(3) The revised official caption for 2014-1336, et al. is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE (for 2014-1340 only):

September 18, 2014